UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| In re: | Case No. 25-11431 |
| **Elizabeth Thomas** | Chapter 13 |
| Debtor | |

**Elizabeth Thomas**
        Plaintiff                       ADV. No. 25-01153

vs.

**P.C.F. Properties in TX, LLC**

        Non-Existent

## CERTIFICATE OF SERVICE

I,   Elizabeth Thomas, certify that service of this summons and a copy of adversary complaint was made on December 22, 2025, on the following parties in the manner indicated below:

**BY U.S. Mail**
ARMSTRONG TEASDALE LLP
Attn: Attorney Andrew Lolli
400 Park Ave., 12th Floor
New York, NY 10022

                                              Respectfully submitted

                                              /s/ **Elizabeth Thomas**
                                             Elizabeth Thomas Pro, Se
                                              712 H. Street NE STE 2487
                                                Washington DC 20002
                                            Tethomas3@aol.com